1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MICHAEL McENRY

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,          )   No. 1:09-cr-00048 OWW
                                       )
12              Plaintiff,             )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE AND ORDER THEREON
13       v.                            )
                                       )   Date:  June 1, 2009
14  MICHAEL McENRY,                    )   Time:  9:00 a.m.
                                       )   Judge: Hon. Oliver W. Wanger
15              Defendant.             )
                                       )
16  _____)

17

18       IT IS HEREBY STIPULATED by and between the parties hereto through their respective

19  counsel, KAREN A. ESCOBAR, Assistant United States Attorney, counsel for plaintiff, and

20  ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, Michael McEnry, that

21  the date for status conference may be continued to June 1, 2009, or the soonest date thereafter

22  that is convenient to the court. **The date currently set for status conference is May 11, 2009.**

23  **The requested new date is June 1, 2009.**

24       Mr. McEnry is currently charged in the Eastern District of California and the potential

25  exists that related charges may be filed in another district.  Additional time is needed to

26  investigate the possibility of a global settlement that will resolve all potential charges.

27       The parties agree that the delay resulting from the continuance shall be excluded as

28  necessary for effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  For this

reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                                                                                   LAWRENCE G. BROWN
                                                                                                   Acting United States Attorney

DATED: May 6, 2009                                      By /s/ Karen A. Escobar
                                                                                                 KAREN A. ESCOBAR
                                                                                                 Assistant United States Attorney
                                                                                                 Attorney for Plaintiff


                                                                                                 DANIEL J. BRODERICK
                                                                                                 Federal Defender


DATED: May 6, 2009                                        By /s/ Eric V. Kersten
                                                                                                ERIC V. KERSTEN
                                                                                                 Assistant Federal Defender
                                                                                                  Attorney for Defendant
                                                                                                  MICHAEL McENRY

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   May 6, 2009**                                        **/s/ Oliver W. Wanger**
                                                                            UNITED STATES DISTRICT JUDGE