```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  ERIC V. KERSTEN, Bar #226429
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California 93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  MICHAEL McENRY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:09-cr-00048 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE; SET MOTION |
| v. | ) | BRIEFING SCHEDULE |
| | ) | |
| MICHAEL McENRY, | ) | Date: July 13, 2009 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Oliver W. Wanger |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KAREN A. ESCOBAR, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, Michael McEnry, that the date for status conference in this matter may be continued to July 13, 2009. It is also requested that a motion briefing schedule be ordered. It is requested that motions may be filed by June 22, 2009; that any response or opposition may be filed by July 6, 2009; and that the status conference and hearing on motions may be scheduled for July13, 2009, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is June 1, 2009. The requested new date is July 13, 2009.**

This continuance is requested to allow additional time for further defense investigation, for further negotiations in an attempt to resolve the matter, and for the filing of pretrial motions that may be appropriate.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of pretrial motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

                                                LAWRENCE G. BROWN
                                                Acting United States Attorney

DATED: May 28, 2009                  By /s/ Karen A. Escobar
                                                KAREN A. ESCOBAR
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: May 28, 2009                  By /s/ Eric V. Kersten
                                                ERIC V. KERSTEN
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                MICHAEL McENRY

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and U.S.C. § 3161(h)(1)(F).

IT IS SO ORDERED.

**Dated:   May 28, 2009**                          **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE