DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL McENRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-cr-00048 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | Date: August 17, 2009 |
| MICHAEL McENRY, | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KAREN A. ESCOBAR, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, Michael McEnry, that the date for status conference in this matter may be continued to August 17, 2009, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is July 13, 2009.  The requested new date is August 17, 2009.**

This continuance is requested to allow time for additional defense investigation, and for further negotiations in an attempt to settle the matter.

The government extended a plea offer on July 7, 2009.  The defense is not willing to accept the agreement as proffered, but considers it a useful starting point.  While additional negotiations are needed, the prosecutor is out of the office through July 17, 2009.  Time is needed for further

1  negotiations, and to review with Mr. McEnry any revised plea which may be extended.

2  The parties agree that the delay resulting from the continuance shall be excluded as necessary for
3  effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

```
                                              LAWRENCE G. BROWN
                                              Acting United States Attorney

DATED: July 9, 2009                   By /s/ Karen A. Escobar
                                         KAREN A. ESCOBAR
                                         Assistant United States Attorney
                                         Attorney for Plaintiff


                                              DANIEL J. BRODERICK
                                              Federal Defender


DATED: July 9, 2009                   By /s/ Eric V. Kersten
                                         ERIC V. KERSTEN
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         MICHAEL McENRY
```

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:   July 9, 2009**                /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE