DANIEL J. BRODERICK, #89424
Federal Defender
ERIC V. KERSTEN, #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL McENRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-cr-00048 OWW |
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE AND ORDER THEREON |
| v. | |
| MICHAEL McENRY, | |
| Defendant. | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, KAREN A. ESCOBAR, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Michael McEnry, that, effective immediately, condition of pre-trial release 7(s), which pertains to electronic monitoring and currently subjects Mr. McEnry to Home Incarceration shall be modified as follows:

> The defendant shall participate in the CURFEW component of the home confinement program and abide by all the requirements of the program which will include electronic monitoring, at his own expense. He is restricted to his residence every day from 9:00 p.m. to 6:00 a.m. as directed by the Pretrial Services Officer.

All other conditions of pre-trial release which are not in conflict with this amendment shall remain in full force and effect pending further order of the court. This request is made with the agreement of Pre-trial Services Officer Daniel Stark.

This modification is deemed appropriate because this court ordered Mr. McEnry released on conditions of pre-trial supervision on March 16, 2009 and Mr. McEnry has complied with all conditions since that time.

Respectfully submitted,

LAWRENCE G. BROWN,
Acting United States Attorney

DATED: August 6, 2009                     /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: August 6, 2009                     /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant

## ORDER

IT IS SO ORDERED.

Dated:   **August 6, 2009**                     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

Stipulation to Modify Conditions
of Pre-Trial Release; [Proposed] Order         2