1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MICHAEL McENRY

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   No. 1:09-cr-00048 OWW
                                      )
12         Plaintiff,                 )   STIPULATION TO CONTINUE STATUS
                                      )   CONFERENCE AND ORDER THEREON
13     v.                             )
                                      )   Date:  September 8, 2009
14 MICHAEL McENRY,                    )   Time:  9:00 a.m.
                                      )   Judge: Hon. Oliver W. Wanger
15         Defendant.                 )
                                      )
16 _____    )

17

18     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

19 KAREN A. ESCOBAR, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN,

20 Assistant Federal Defender, counsel for defendant, Michael McEnry, that the date for status conference in

21 this matter may be continued to September 8, 2009, or the soonest date thereafter that is convenient to the

22 court.  **The date currently set for status conference is August 17, 2009.  The requested new date is**

23 **September 8, 2009.**

24     The government has extended a revised plea offer which will likely result in a resolution of the case.

25 Additional time is needed to reduce the offer to writing, address any disagreements which may arise, and

26 review the written offer with Mr. McEnry.

27     It is anticipated that Mr. McEnry will enter a change of plea on September 8, 2009.  If the matter is

28 not resolved at that time, a trial date will be requested.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                                    LAWRENCE G. BROWN
                                                  Acting United States Attorney

DATED: August 11, 2009            By /s/ Karen A. Escobar
                                                  KAREN A. ESCOBAR
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

                                                  DANIEL J. BRODERICK
                                                  Federal Defender

DATED: August 11, 2009            By /s/ Eric V. Kersten
                                                  ERIC V. KERSTEN
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  MICHAEL McENRY

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

       IT IS SO ORDERED.

**Dated:   August 11, 2009**                         **/s/ Oliver W. Wanger**
                                                 UNITED STATES DISTRICT JUDGE