DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL McENRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-cr-00048 OWW |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING AND ORDER THEREON |
| v. | Date: January 11, 2010 |
| MICHAEL McENRY, | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KAREN A. ESCOBAR, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, Michael McEnry, that the date for sentencing in this matter may be continued to January 11, 2010, or the soonest date thereafter that is convenient to the court. **The date currently set for sentencing is November 16, 2009.  The requested new date is January 11, 2010.**

Mr. McEnry resides in Eureka, California.  For this reason, the defense initially intended to complete a telephonic pre-sentence interview with probation, but then decided it would be best for McEnry to meet with probation in person.  Do to the unavailability of counsel and delays in getting Mr. McEnry to Fresno, we were late in completing the interview.  There is no recommended sentence in this matter and it is anticipated that the sentencing will be contested.  USPO Marootian is scheduled

to be on vacation for a period of time, the holidays are coming up, and defense counsel is scheduled to be in trial for 6-8 weeks beginning November 16, 2009. For all these reasons the defense is requesting that sentencing be continued to January 11, 2010. Assistant U.S. Attorney Karen Escobar has no objection to this request.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

```
                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

DATED: November 3, 2009            By  /s/ Karen A. Escobar
                                        KAREN A. ESCOBAR
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: November 3, 2009            By  /s/ Eric V. Kersten
                                        ERIC V. KERSTEN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MICHAEL McENRY
```

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

   IT IS SO ORDERED.

**Dated:   November 3, 2009**            /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE