DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL McENRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-cr-00048 OWW |
|     *Plaintiff,* | STIPULATION TO CONTINUE SENTENCING AND ORDER THEREON |
| v. | Date:  January 25, 2010 |
| MICHAEL McENRY, | Time:  9:00 a.m. |
|     *Defendant.* | Judge: Hon. Oliver W. Wanger |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KAREN A. ESCOBAR, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, Michael McEnry, that the date for sentencing in this matter may be continued to January 25, 2010, or the soonest date thereafter that is convenient to the court. **The date currently set for sentencing is January 11, 2010.  The requested new date is January 25, 2010.**

    There is no recommended sentence in this matter and it is anticipated that the sentencing will be contested.  The defense has filed informal objections and counsel for the government, who is currently on leave, will likely file objections upon her return.  Defense counsel will also be on leave the week of December 28 through December 31, 2009, and it is anticipated that both parties will file formal objections and/or responses thereto.  For these reasons, it is requested that the sentencing date be

continued to January 25, 2010 to allow time for a thorough briefing of the issues.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: December 23, 2009                   By /s/ Karen A. Escobar
                                                     KAREN A. ESCOBAR
                                                     Assistant United States Attorney
                                                     Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: December 23, 2009                   By /s/ Eric V. Kersten
                                                     ERIC V. KERSTEN
                                                   Assistant Federal Defender
                                                   Attorney for Defendant
                                                   MICHAEL McENRY

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

      IT IS SO ORDERED.

**Dated:   December 23, 2009**                /s/ Oliver W. Wanger
                                                        UNITED STATES DISTRICT JUDGE