1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   ERIC V. KERSTEN, Bar #226429
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   MICHAEL McENRY

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. 1:09-cr-00048 OWW
                                       )
12               Plaintiff,            )   STIPULATION TO CONTINUE SENTENCING
                                       )   AND ORDER THEREON
13        v.                           )
                                       )   Date:   February 16, 2010
14  MICHAEL McENRY,                    )   Time:   9:00 a.m.
                                       )   Judge:  Hon. Oliver W. Wanger
15               Defendant.            )
                                       )
16  _____  )

17

18        IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

19  KAREN A. ESCOBAR, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN,

20  Assistant Federal Defender, counsel for defendant, Michael McEnry, that the date for sentencing in this

21  matter may be continued to February 16, 2010, or the soonest date thereafter that is convenient to the

22  court.  **The date currently set for sentencing is January 25, 2010.  The requested new date is**

23  **February 16, 2010.**

24        There is no plea agreement in this matter and sentencing will be contested.  The defense is preparing

25  a sentencing memorandum with formal objections to the guideline calculations, but it will not be filed in

26  time to allow for a response by the Government and/or the United States Probation Office.

27  ///

28  ///

1    The parties are requesting that sentencing be continued to allow for a thorough briefing of the issues.  It is

2    requested the defense be permitted to file its sentencing memorandum by January 25, 2010, that any

3    response or opposition be filed by February 8, 2010, and that sentencing occur on February 16, 2010.

4        The parties agree that the delay resulting from the continuance shall be excluded as necessary for

5    effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

6

7                                            BENJAMIN B. WAGNER
                                             United States Attorney
8

9    DATED: January 21, 2010          By /s/ Karen A. Escobar
                                             KAREN A. ESCOBAR
10                                           Assistant United States Attorney
                                             Attorney for Plaintiff
11

12                                           DANIEL J. BRODERICK
                                             Federal Defender
13

14   DATED: January 21, 2010          By /s/ Eric V. Kersten
                                             ERIC V. KERSTEN
15                                           Assistant Federal Defender
                                             Attorney for Defendant
16                                           MICHAEL McENRY

17   IT IS SO ORDERED.

18   **Dated:    January 21, 2010**              /s/ Oliver W. Wanger
19                                        UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28