```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL McENRY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>MICHAEL McENRY,<br><br>    *Defendant.* | No. 1:09-cr-00048 OWW<br><br>STIPULATION TO CONTINUE SENTENCING AND ORDER THEREON<br><br>Date: March 1, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KAREN A. ESCOBAR, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, Michael McEnry, that the date for sentencing in this matter may be continued to March 1, 2010, or the soonest date thereafter that is convenient to the court. **The date currently set for sentencing is February 16, 2010.  The requested new date is March 1, 2010.**

    There is no plea agreement in this matter and sentencing will be contested.  The defense just filed its sentencing memorandum, including numerous legal and factual objections, on today's date.  Additional time is requested to allow for a response by the Government and/or the United States Probation Office.

///

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: February 9, 2010    By /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: February 9, 2010    By /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
MICHAEL McENRY

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:   February 11, 2010**           /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

McEnry - Stipulation and Order to Continue Sentencing        2