```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:09-CR-048 OWW |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION RE: |
| | ) CONTINUANCE AND ORDER |
| MICHAEL DANA McENRY, | ) |
| Defendant. | ) |

Defendant MICHAEL DANA McENRY, by and through his attorney, ERIC KERSTEN, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate the April 12 date for the filing of any supplemental sentencing memoranda and the April 20 evidentiary hearing. The parties further agree to reset the filing date for any supplemental sentencing memoranda on May 14, 2010, and reset the evidentiary

1

hearing for May 26, 2010, at 9:00 a.m.

    2.   The parties stipulate that the continuance is necessitated by the government's attorney's current involvement in the trial of United States v. Flores, et al., 1:08-cr-124 OWW.

DATED: April 12, 2010                      Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                        By: /s/ Karen A. Escobar
                                          KAREN A. ESCOBAR
                                      Assistant U.S. Attorney

                                      /s/ Eric Kersten
                                      ERIC KERSTEN
                                      Attorney for Defendant
                                      MICHAEL DANA McENRY

                            O R D E R

Having read and considered the foregoing stipulation,

    IT IS THE ORDER of the Court that the current April 12, 2010, deadline for the filing of any supplemental sentencing memoranda and the April 20 date for the evidentiary hearing in the sentencing of this matter are vacated.

    IT IS FURTHER ORDERED THAT the any supplemental sentencing memoranda shall be filed on or before May 14, 2010, and the evidentiary hearing shall be set on May 26, 2010, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   April 13, 2010**                   **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE