```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>MICHAEL DANA McENRY,<br><br>           Defendant. | 1:09-CR-048 OWW<br><br>STIPULATION RE:<br>CONTINUANCE AND ORDER |

    Defendant MICHAEL DANA McENRY, by and through his attorney, ERIC KERSTEN, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

    1.  The parties to the above-captioned matter agree to vacate the May 14, 2010, for the filing of any supplemental sentencing memoranda and the May 26 evidentiary hearing.  The parties further agree to reset the filing date for any supplemental sentencing memoranda on May 21, 2010, and reset the evidentiary hearing for

1

June 2, 2010, at 9:00 a.m.

    2.   The parties stipulate that the continuance is necessary to accommodate the government's attorney's work schedule and assignment to attend law enforcement meetings in Bakersfield that day.  The defendant is not in custody.

DATED: May 14, 2010                     Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                      By: /s/ Karen A. Escobar
                                        KAREN A. ESCOBAR
                                      Assistant U.S. Attorney

                                      /s/ Eric Kersten
                                      ERIC KERSTEN
                                      Attorney for Defendant
                                      MICHAEL DANA McENRY

                           O R D E R

    Having read and considered the foregoing stipulation,

    IT IS THE ORDER of the Court that the current May 14, 2010, deadline for the filing of any supplemental sentencing memoranda and the May 26 date for the evidentiary hearing in the sentencing of this matter are vacated.

    IT IS FURTHER ORDERED THAT the any supplemental sentencing memoranda shall be filed on or before May 21, 2010, and the evidentiary hearing shall be set on June 2, 2010, at 9:00 a.m.

                                  IT IS SO ORDERED.

**Dated:   May 19, 2010**                    /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE