1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000

5

6

7

8         IN THE UNITED STATES DISTRICT COURT FOR THE

9               EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   1:09-CR-048 OWW
                                    )
12                                  )
                 Plaintiff,         )
13                                  )
       v.                           )   STIPULATION RE:
14                                  )   CONTINUANCE AND ORDER
                                    )
15                                  )
   MICHAEL DANA McENRY,             )
16                                  )
                                    )
17                                  )
                 Defendant.         )
18 _____)

19      Defendant MICHAEL DANA McENRY, by and through his attorney,

20 ERIC KERSTEN, and the United States of America, by and through its

21 attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN

22 A. ESCOBAR, Assistant United States Attorney, hereby enter into

23 the following stipulation:

24      1.  The parties to the above-captioned matter agree to vacate

25 the May 21, 2010, for the filing of any supplemental sentencing

26 memoranda and the June 2 evidentiary hearing.  The parties further

27 agree to reset the filing date for any supplemental sentencing

28 memoranda on June 25, 2010, and reset the evidentiary hearing for

                                 1

1  July 6, 2010, at 9:00 a.m.

2       2.  The parties stipulate that the continuance is necessary

3  to accommodate Bishop Airport, which indicated this past week that

4  it has only two and one half employees, two of whom have been

5  subpoenaed by the government.  A continuance to July 6 is

6  necessary to avoid shutting down the airport.

7  DATED: May 28, 2010                    Respectfully submitted,

8                                         BENJAMIN B. WAGNER
                                          United States Attorney
9
                                          By: /s/ Karen A. Escobar
10                                           KAREN A. ESCOBAR
                                          Assistant U.S. Attorney
11

12                                         /s/ Eric Kersten
                                          ERIC KERSTEN
13                                        Attorney for Defendant
                                          MICHAEL DANA McENRY
14
                                O R D E R
15
       Having read and considered the foregoing stipulation,
16
       IT IS THE ORDER of the Court that the current May 21, 2010,
17
   deadline for the filing of any supplemental sentencing memoranda
18
   and the June 2 date for the evidentiary hearing in the sentencing
19
   of this matter are vacated.
20
       IT IS FURTHER ORDERED THAT the any supplemental sentencing
21
   memoranda shall be filed on or before June 25, 2010, and the
22
   evidentiary hearing shall be set on July 6, 2010, at 9:00 a.m.
23

24                         IT IS SO ORDERED.

25  **Dated:   May 28, 2010**              **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE
26

27

28

                                  2