```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  1:09-CR-048 OWW
                                   )
12                                 )
                  Plaintiff,       )
13                                 )
         v.                        )  STIPULATION RE:
14                                 )  CONTINUANCE AND ORDER
                                   )
15                                 )
    MICHAEL DANA McENRY,           )
16                                 )
                                   )
17                                 )
                  Defendant.       )
18  _____)
```

19      Defendant MICHAEL DANA McENRY, by and through his attorney,
20 ERIC KERSTEN, and the United States of America, by and through its
21 attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN
22 A. ESCOBAR, Assistant United States Attorney, hereby enter into
23 the following stipulation:
24      1.  The parties to the above-captioned matter agree to vacate
25 the June 25, 2010, date for the filing of any supplemental
26 sentencing memoranda and the July 6 evidentiary hearing.  The
27 parties further agree to reset the filing date for any
28 supplemental sentencing memoranda on August 24, 2010, and reset

1

the evidentiary hearing for September 7, 2010, at 9:00 a.m.

2. The parties stipulate that the continuance is necessitated by the unanticipated unavailability of government's counsel due to the recent scheduling by her doctor of non-elective surgery on July 6 and unavailability of the Court and counsel after July 6 up until September 7. A continuance of the sentencing hearing to September 7 is therefore necessary.

DATED: June 23, 2010                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        By: /s/ Karen A. Escobar
                                          KAREN A. ESCOBAR
                                          Assistant U.S. Attorney


                                        /s/ Eric Kersten
                                        ERIC KERSTEN
                                        Attorney for Defendant
                                        MICHAEL DANA McENRY

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current June 25, 2010, deadline for the filing of any supplemental sentencing memoranda and the July 6 date for the evidentiary hearing in the sentencing of this matter are vacated.

IT IS FURTHER ORDERED THAT the any supplemental sentencing memoranda shall be filed on or before August 24, 2010, and the evidentiary hearing shall be set on September 7, 2010, at 9:00 a.m.

**IT IS SO ORDERED**.

Dated: June 24, 2010            /s/ OLIVER W. WANGER
                                United States District Judge

2